

# Fourth Court of Appeals
## San Antonio, Texas

June 15, 2016

No. 04-16-00206-CV

**IN THE INTEREST OF J.G.A. AND M.A.A., CHILDREN**,

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2015-PA-01023
Honorable Cathleen M. Stryker, Judge Presiding

## O R D E R

In this accelerated appeal of the March 22, 2016 order terminating Appellant's parental rights, Appellant's brief was due on May 5, 2016. *See* TEX. R. APP. P. 38.6(a). We granted Appellant's first and second motions for extension of time to file the brief; the brief was due on June 9, 2016. On the due date, Appellant filed a third motion for extension of time to file the brief until June 17, 2016. *See id.* R. 38.6(d).

Appellant's motion is GRANTED. Appellant's brief must be filed with this court not later than June 17, 2016. **NO FURTHER EXTENSIONS OF TIME TO FILE APPELLANT'S BRIEF WILL BE GRANTED.** If counsel cannot file the brief by June 17, 2016, counsel must immediately advise this court of that inability and this court will issue an appropriate order.

If Appellant fails to file the brief as ordered, we will immediately abate this appeal and remand the cause to the trial court for an abandonment hearing. *See, e.g.*, TEX. R. APP. P. 38.8(b); *see also* TEX. FAM. CODE ANN. § 107.013 (West Supp. 2015) (requiring the trial court to appoint counsel to represent an indigent parent in a parental termination case); *In re K.S.M.*, 61 S.W.3d 632, 633 (Tex. App.—Tyler 2001, no pet.) ("Like indigent criminal appellants, indigent appellants challenging an order terminating their parental rights enjoy a right to counsel on appeal."); *cf.* TEX. R. APP. P. 38.8(b); *Samaniego v. State*, 952 S.W.2d 50, 52–53 (Tex. App.—San Antonio 1997, no pet.).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of June, 2016.



Keith E. Hottle
Clerk of Court